JESSE S. KAPLAN CSB#103726
5441 Fair Oaks Bl. Ste. C-1
Carmichael, CA 95608
916/488-3030
916/489-9297 fax

**Attorney for Plaintiff**
**BRUCE WILLIAMS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
-O0O0O-

| | |
|---|---|
| BRUCE WILLIAMS, | ) No. 2:13-cv-00011-DAD |
| Plaintiff, | ) MOTION AND ORDER EXTENDING PLAINTIFF'S TIME TO FILE MOTION FOR SUMMARY JUDGMENT |
| vs. | ) |
| Carolyn Colvin, | ) |
| Acting Commissioner of Social Security, | ) |
| Defendant. | |

Plaintiff BRUCE WILLIAMS, through counsel, moves the court for an extension of time to file a motion for summary judgment in this matter to March 3, 2014.

Defendant does not oppose this motion.

This is the first extension, but the motion is already overdue.

Dated: February 18, 2014                     */s/ Jesse S. Kaplan*
                                             JESSE S. KAPLAN
                                             Attorney for Plaintiff

Dated: February 18, 2014                     */s/ per e-mail authorization*
                                             ARMAND ROTH
                                             Special Assistant U.S. Attorney
                                             Attorney for Defendant

1

# **ORDER**

Plaintiff's unopposed motion for an extension of time (Dkt. No. 13) is granted. Plaintiff's motion for summary judgment is due March 3, 2014. Defendant's cross-motion is due 30 days after plaintiff's motion is filed.

IT IS SO ORDERED.

Dated:  February 19, 2014

```
_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE
```

Ddad1\orders.soc sec
williams0011.eot.ord.docx